# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-50592
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
April 9, 2019

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

                            Plaintiff−Appellee,

versus

ENRIQUE VARON,

                            Defendant−Appellant.

Appeal from the United States District Court
for the Western District of Texas
No. 2:16-CR-318-1

Before HIGGINBOTHAM, SMITH, and OLDHAM, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Enrique Varon has moved for leave to withdraw and has filed a brief per *Anders v. California,*

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 18-50592

386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Varon has not filed a response. We have reviewed counsel's brief and the relevant portions of the record. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.